UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.                Case No. 12-CV-11464

                HON. GEORGE CARAM STEEH

CARLA LYNNE TAYLOR,
TONI LYNETTE TAYLOR,
DONNA B. CROSS, AND
BRITTNI DESSIEREE TAYLOR,

    Defendants.
_____/

ORDER DISMISSING THE GUARDIAN
LIFE INSURANCE COMPANY OF AMERICA ONLY

  The Guardian Life Insurance Company of America ("Guardian") having deposited the life insurance benefits in the amount of $12,500, plus any applicable interest and minus attorney fees in the amount of $1,000, into the Registry of the Court that were payable under the employee benefit plan sponsored by the Detroit Police Officers Association by reason of the death of the plan participant Louis Emanual Taylor (the "Decedent") and the court being otherwise fully advised;

  IT IS HEREBY ORDERED that the Guardian is DISMISSED WITH PREJUDICE from this action, without an award of costs or interest, but with attorney fees in the amount of $1,000 already approved and awarded.

  It is so ordered.

Dated:  September 28, 2012

               s/George Caram Steeh_____
               GEORGE CARAM STEEH
               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 28, 2012, by electronic and/or ordinary mail and on Carla Lynne Taylor, 19793 Annchester, Detroit MI 48219; Toni Lynette Taylor, 16536 Winston, Detroit, MI 48219; Donna B. Cross, 16536 Winston, Detroit, MI 48219; and Brittni D. Taylor, 8139 Sussex Street, Detroit, MI 48228.

s/Barbara Radke
Deputy Clerk